1
2
3
4
5                                    **FILED**
6                                    Feb 13 2014
7                          CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY    s/michelleb    DEPUTY

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No.    '14 CR0344 MMA
12 |        Plaintiff,              | I N F O R M A T I O N
13 |     v.                         | Title 18, U.S.C., Sec. 371 –
                                      Conspiracy to Commit Offenses
14 | ERNESTO ENCINAS,               | against the United States; Title
                                      26, U.S.C., Sec. 7206(1) – False
15 |        Defendant.              | Tax Return

16

17     The United States Attorney charges:

18                              Count 1

19     Beginning on a date unknown, but no later than 2011, and
20  continuing through December 2013, in the Southern District of
21  California and elsewhere, Defendant ERNESTO ENCINAS and others
22
23  conspired together to:

24     (1) Knowingly and willfully make foreign national contributions
25         and donations, aggregating $25,000 and more during a
26         calendar year in violation of Title 2, United States Code,
27         Sections 437g(d)(1)(A)(i) and 441e;
28

*:*:San Diego/Imperial
2/12/14

(2) Knowingly and willfully make foreign national expenditures, aggregating $25,000 and more during a calendar year in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(i) and 441e;

(3) Knowingly and willfully make contributions to a candidate for federal office in the names of other persons, aggregating $25,000 and more during a calendar year in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(i) and 441f; and

(4) Knowingly falsify a record with the intent to impede, obstruct and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation in violation of Title 18, United States Code, Section 1519;

And on August 1, 2013, Defendant ERNESTO ENCINAS committed an overt act in furtherance of this conspiracy by proposing to arrange "foreign investment" for a possible candidate for elective office in San Diego; all in violation of Title 18, United States Code, Section 371.

## Count 2

On or about October 15, 2012, in the Southern District of California, Defendant ERNESTO ENCINAS made and subscribed a U.S. Individual Income Tax Return, Form 1040, for the tax year 2011, which was verified by a written declaration that it was made under the penalties of perjury, and caused to be filed this income tax return with the Internal Revenue Service, and which return the defendant did

not believe to be true and correct as to every material matter, in that Line 22 (Total Income) of the Form 1040 stated that the defendant's total income was $249,669, whereas, as the defendant then and there well knew, this total omitted an additional approximately $147,300 that the defendant received in "under-the-table" cash payments in exchange for security services; in violation of Title 26, United States Code, Section 7206(1).

DATED: 2/13/14.

CINDY M. CIPRIANI
Acting United States Attorney

TIMOTHY C. PERRY
Assistant U.S. Attorney