AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America | ) | 14CR0344-MMA |
| v. | ) | Case No. 14mj-201 |
| Ernesto Encinas | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/13/14

*Defendant's signature*

*Signature of defendant's attorney*

*Judge's signature*

FILED
FEB 13 2014
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY