

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14cr344-MMA (WVG) |
| Plaintiff, | |
| v. | Order clarifying conditions of release |
| ERNESTO ENCINAS, | |
| Defendant. | |

Good cause having been demonstrated, the Court clarifies its previous orders regarding Mr. Encinas's conditions of pretrial release. The Court confirms Mr. Encinas may remain on liberty on his own recognizance without pretrial supervision.

So ordered.

Dated: 3/12/15

Honorable William V. Gallo
United States Magistrate Judge